# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| TRACy A. LATHRAM ) <br> EXECUTOR OF THE ESTATE OF ) <br> SCOTT C. LATHRAM, DECEASED, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HENDRICK MOTORSPORTS, INC., ) <br> ) <br> Defendant and ) <br> Third-Party Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES OF AMERICA, ) <br> ) <br> Third-Party Defendant. ) <br> _____) | 3:06-cv-172 <br><br> ORDER |

**THIS MATTER** comes before the Court on the United States' Motion for Substitution of Party. For good cause shown and with consent of the Third-Party Plaintiff the Court hereby **GRANTS** the relief requested.

The United States of America is hereby substituted as third-party defendant in place of the individual third-party defendants Brian R. Park, William E. Thomson, Jr., and Jerry L. Wilson, and said individual third-party defendants are hereby **DISMISSED** from the action.

**IT IS SO ORDERED.**

Signed: May 4, 2006

Graham C. Mullen
United States District Judge