UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| TRACY A. LATHRAM EXECUTOR OF THE ESTATE OF SCOTT C. LATHRAM, DECEASED, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 3:06-cv-172 |
| HENDRICK MOTORSPORTS, INC. Defendant and Third-Party Plaintiff, | ) ) ) ) | ORDER ON MOTION OF UNITED STATES FOR CHANGE OF VENUE |
| v. | ) ) ) | |
| THE UNITED STATES OF AMERICA | ) ) ) | |
| Third-Party Defendant. | ) ) | |

**THIS MATTER** comes before the Court on the Motion of the United States of America for Change of Venue. For good cause shown and with Third-Party Plaintiff's consent, this motion is **GRANTED**. The above-titled action is hereby transferred to the United States District Court for the Middle District of North Carolina, Durham Division.

**IT IS SO ORDERED.**

Signed: May 22, 2006

*/s/ Graham C. Mullen*

Graham C. Mullen
United States District Judge